FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 MAY 16 AM 10: 57

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GERALD J. PUGH,

        Petitioner,

vs.

HUGH SMITH, Warden,

        Respondent.

Case No. CV 405-062

## O R D E R

After a careful de novo review of the record in this case, the
Court concurs with the Magistrate Judge's Report and Recommendation
(Doc. 3), to which objections have been filed. Accordingly, the
Report and Recommendation of the Magistrate Judge is adopted as the
opinion of the Court.

Petitioner objects to the Magistrate Judge's conclusion that
his current petition is a successive petition filed without
permission of the Eleventh Circuit. He argues that his present
petition is "totally different" from his previous petition because
he is challenging only his sentence in this petition as opposed to
his conviction, which he challenged in his first petition.[1] (P.'s
Pet. at 1.) This argument is not only legally inadequate, it is
factually false. On page 1 of his previous § 2254 petition,
Petitioner wrote "[a]ttacking conviction and sentence too, if need
to file another document please be aware I apply for assistance of

---

[1]The previous petition to which the Court refers is docketed
as document #1 in Pugh v. Smith, CV404-184.

counsel in public defend in chatham county." Additionally, on page seven of his previous petition, among the alleged grounds for relief, Petitioner wrote: "Judge Penny Freeseman abuse board discretion in sentencing when sentence me to the maximum for (1) count 20 yrs. The sentence is harsh and excessive because incident aggravation circumstances only reveal a bump over the eye." Clearly, Petitioner attempted to attack his sentence in his previous petition.

Petitioner's petition is **DISMISSED**. The Clerk's Office is **DIRECTED** to **CLOSE** this case.

SO ORDERED, this _16th_ day of May, 2005.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## *Southern District of Georgia*

Gerald J. Pugh

_____ _____ ___ )

vs                                    )        CASE NUMBER __CV405-062__ .

Hugh Smith, Warden
_____ )        DIVISION        __SAVANNAH__

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1.    Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2.    That the aforementioned enveloped contained a copy of the document dated __5/16/05__ _____, which is part of the official record of this case.

Date of Mailing:          __5/17/05__ _____

Date of Certificate          ☐ same date,    or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

Name and Address

Gerard J. Pugh, EF391535, Georgia State Prison, 100 GA HWY 147, Reidsville, GA 30499-9701

☐    Copy placed in Minutes

☒    Copy given to Judge

☐    Copy given to Magistrate